JACKIE NORTH V. THE STATE OF TEXAS

NO. 07-00-0460-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

OCTOBER 25, 2000

______________________________

JACKIE NORTH,

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE 137
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2000-433,052; HON. CECIL G. PURYEAR, PRESIDING

_______________________________

ON APPELLANT’S MOTION TO WITHDRAW NOTICE OF APPEAL

______________________________

Before BOYD, C.J., and QUINN and JOHNSON, JJ.

Before this court is appellant’s motion to withdraw notice of appeal.  The motion meets every prerequisite concerning the voluntary dismissal of a criminal appeal pursuant to Texas Rule of Appellate Procedure 42.2.

No decision having been delivered prior to the receipt of the request for dismissal of the appeal, and all conditions applicable to the voluntary dismissal of a criminal appeal having been met, it is ordered that appellant’s motion is granted and the appeal is dismissed.

Having dismissed the appeal at the personal request of appellant and his attorney, no motion for rehearing will be entertained, and mandate shall issue forthwith.

Per Curiam.

Do not publish.